IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BILLIE PENNYWITT,

    Plaintiff,                                          Case No. 3:20-cv-269

vs.                                                    District Judge Michael J. Newman

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

---

### ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (DOC. NO. 22); AND (2) AWARDING PLAINTIFF $4,000.00 IN ATTORNEY'S FEES

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $4,000.00. Doc. No. 22. Based upon the parties' motion in which they do not dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** the parties' motion (doc. no. 22); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $4,000.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

July 12, 2021                                                                    s/Michael J. Newman
                                                                                   Hon. Michael J. Newman
                                                                                    United States District Judge